# EXHIBIT "1"

Filing # 100395375 E-Filed 12/16/2019 05:14:49 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Michael Phelps</u>
Plaintiff
        vs.
<u>HomeAway.Com, Inc., Viac & Co., Inc.</u>
Defendant

**II.    TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 – $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☒ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

III.    **REMEDIES SOUGHT** (check all that apply):
  ☒  Monetary;
  ☒  Non-monetary declaratory or injunctive relief;
  ☐  Punitive

IV.    **NUMBER OF CAUSES OF ACTION:** (     )
  (Specify)

  1

V.    **IS THIS CASE A CLASS ACTION LAWSUIT?**
  ☐  Yes
  ☒  No

VI.    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
  ☒  No
  ☐  Yes – If "yes" list all related cases by name, case number and court:

VII.    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
  ☒  Yes
  ☐  No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature s/ Max G Soren     FL Bar No.: 623431
      Attorney or party                              (Bar number, if attorney)

      Max G Soren   12/16/2019
      (Type or print name)                              Date

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY
CIVIL DIVISION

CASE NO.

MICHAEL PHELPS

        Plaintiff,

v.

HOMEAWAY.COM, INC. and VIAC & CO.
INC. d/b/a VIAC LUXURY REAL ESTATE,

        Defendants.

_____/

## **COMPLAINT**

Plaintiff Michael Phelps, by and through his undersigned counsel, hereby files this Complaint against Defendant HomeAway.Com, Inc. ("HomeAway.Com") and Defendant Viac & Co., Inc. d/b/a Viac Luxury Real Estate ("Viac") and alleges:

1.     This case is brought pursuant to the Federal Fair Housing Act ("FHA"). Plaintiff Michael Phelps is a resident of Lee County, Florida, suffers from a disability pursuant to 42 U.S.C. §3602(h); 42 U.S.C. §12102(1)(A); and FHA § 802, and is otherwise *sui juris*.

2.     Defendant HomeAway.Com, Inc. is a foreign corporation that regularly conducts business in the State of Florida and is otherwise *sui juris*.

3.     Defendant Viac is a Florida corporation with its principal place of business in Miami-Dade County, Florida.

4.      Venue is proper in this Court as Defendant Viac is located in Miami-Dade County and Defendant HomeAway.Com is a foreign corporation doing business throughout the State of Florida.

5.      This case involves damages exceeding $15,000.000 exclusive of interest, attorneys' fees and costs.

6.      Plaintiff is legally blind and has a medical condition such that Plaintiff must use a service animal. Plaintiff owns and travels with a service animal as defined by Title II and III of the ADA.

7.      Plaintiff Michael Phelps was at all times material hereto a renter as defined at FHA §802; 42 U.S.C. §3602(d) and (e).

8.      Plaintiff and his wife decided to move from West Virginia to Florida. In May of 2019, Plaintiff utilized HomeAway.Com to locate a place to rent in Florida while searching for employment and a permanent residence in the State of Florida.  Defendant HomeAway.Com acts as an online broker for owners of dwellings or properties and facilitates the rental of their properties.

9.      Defendant HomeAway.Com's published rules and policies prohibit owners or entities from discriminating against disabled persons.

10.     In May of 2019, Plaintiff located a suitable property being offered by Defendant Viac through Defendant HomeAway.Com's website. Defendant Viac either owned the property being offered or acted as a broker for the property owner. Plaintiff booked and reserved the property through Defendant HomeAway.Com's website and paid a deposit to reserve the property.

2

11.     The property offered by Defendant Viac is a dwelling as defined at FHA §802; 42 U.S.C. §3602(b).

12.     Plaintiff subsequently communicated with Defendant Viac regarding the fact that Plaintiff would be accompanied by his service animal due to being blind.

13.     Upon learning that Plaintiff would be accompanied by a service animal, Defendant Viac demanded that Plaintiff pay a higher amount or an extra fee for renting the property due to the inclusion of Plaintiff's "pet". Plaintiff explained that his dog was not a "pet" but was, instead, a service animal as defined by the ADA. Nonetheless, Defendant Viac refused to rent to Plaintiff unless Plaintiff paid extra for his service animal. Plaintiff attempted to cancel the booking and obtain a refund but Defendant Viac refused and told Plaintiff to "sue me".

14.     Defendant HomeAway.Com also refused to assist Plaintiff in dealing with Defendant Viac and did not assist Plaintiff in obtaining alternate housing despite its "Book-With-Confidence Guaranty." Further, HomeAway.Com did not remove Defendant Viac from its website despite the fact that it was clearly engaging in discriminatory practices in violation of HomeAway.Com's policies and the Fair Housing Act.

15.     Defendants' discriminatory actions against Plaintiff and their refusal to accommodate Plaintiff caused Plaintiff to suffer damages.

16.     Plaintiff has been obligated to retain undersigned counsel and is obligated to pay a reasonable fee for services in the prosecution of this cause, including costs and expenses incurred.

## COUNT FOR VIOLATIONS OF THE FEDERAL FAIR HOUSING ACT

17.     Plaintiff realleges and incorporates paragraphs 1 through 16 as if fully

stated herein.

18.      Defendant Viac discriminated against Plaintiff by refusing to rent its property to Plaintiff unless Plaintiff paid a higher amount to rent the property than non-disabled people.  Further, Plaintiff is a person with a disability and requested a reasonable accommodation for his disability.  The requested accommodation was necessary to afford Plaintiff an opportunity to use and enjoy the dwelling and Defendants refused to make the accommodation.

19.      Defendant HomeAway.Com acted as a broker and participated in and facilitated Defendant Viac's discrimination by permitting Defendant Viac to use its services while discriminating against disabled persons and by refusing to enforce its own policies against discrimination.  Defendants' actions violated the Federal Fair Housing Act; 42 U.S.C. § 3604.

**WHEREFORE,** Plaintiff Michael Phelps hereby demands judgment against Defendant Viac & Co., Inc. d/b/a Viac Luxury Real Estate and Defendant HomeAway.Com, Inc. and requests the following relief pursuant to 42 U.S.C. § 3613:

a) Requiring Defendants to initiate a policy, rules, and regulations to accommodate individuals (potential owners, renters and current owners and renters) for any disability they may have;

b) Awarding Plaintiff damages against Defendants; and

c) Awarding Plaintiff his attorneys' fees and costs pursuant to 42 U.S.C. § 3613.

Plaintiff demands trial by jury on all issues so triable.

Dated this 16th day of December, 2019

4

Respectfully submitted,

*/s/ Max G. Soren*
Max G. Soren, Esq.
Fla. Bar No. 623431
Dinin Law Group, P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Telephone: (786) 431-1333
**Rule 2.515 Designated Service Email:**
inbox@dininlawgroup.com
*Counsel for Plaintiff*

Filing # 100655121 E-Filed 12/20/2019 01:29:44 PM

JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY

CIVIL DIVISION

CASE NO.

MICHAEL PHELPS

        Plaintiff,

v.

HOMEAWAY.COM, INC. and VIAC & CO.
INC. d/b/a VIAC LUXURY REAL ESTATE,

        Defendants.

_____/

<u>**SUMMONS**</u>

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint filed
in this action on Defendant,

        HOMEAWAY.COM, INC.
        c/o NRAI Services, Inc., Registered Agent
        1200 South Pine Island Road
        Plantation, Florida 33324

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's
attorney, whose address is:

        Dinin Law Group, P.A.
        4200 NW 7th Avenue
        Miami, Florida 33127
        Telephone: (786) 431-1333
        Email: inbox@dininlawgroup.com

within twenty (20) days after service of this summons on that Defendant, exclusive of the day of
service, and to file the original of the defenses with the Clerk of this Court either before service
on Plaintiffs' attorney or immediately thereafter. If a defendant fails to do so, a default will be
entered against the defendant for the relief demanded in the Complaint or Petition.

                                   12/26/2019
             DATED: _____

             Harvey Ruvin
             as Clerk of said Court

             BY: _____ 32429

1

Filing # 100655121 E-Filed 12/20/2019 01:29:44 PM

JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY

CIVIL DIVISION

CASE NO.   2019-036514-CA-01

MICHAEL PHELPS

         Plaintiff,

v.

HOMEAWAY.COM, INC. and VIAC & CO.
INC., d/b/a VIAC LUXURY REAL ESTATE,

         Defendants.

_____/

**SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint filed
in this action on Defendant,

      VIAC & CO. INC., d/b/a VIAC LUXURY REAL ESTATE
      c/o MCR Partners, Inc., Registered Agent
      20533 Biscayne Blvd (1301)
      Miami, Florida 33180

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's
attorney, whose address is:

      Dinin Law Group, P.A.
      4200 NW 7th Avenue
      Miami, Florida 33127
      Telephone: (786) 431-1333
      Email: inbox@dininlawgroup.com

within twenty (20) days after service of this summons on that Defendant, exclusive of the day of
service, and to file the original of the defenses with the Clerk of this Court either before service
on Plaintiffs' attorney or immediately thereafter. If a defendant fails to do so, a default will be
entered against the defendant for the relief demanded in the Complaint or Petition.

      DATED: _____ 12/26/2019 _____

      Harvey Ruvin
      as Clerk of said Court

      BY: _____

        1

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2019-036514-CA-01

MICHAEL PHELPS

      Plaintiff,

v.

HOMEAWAY.COM, INC. and VIAC & CO.
INC. d/b/a VIAC LUXURY REAL ESTATE

      Defendants.

_____/

## NOTICE OF REMOVAL

      PLEASE TAKE NOTICE that Defendant, HOMEAWAY.COM, INC., has this date filed a Notice of and Petition for Removal pursuant to 28 U.S.C. § 1446 in the office of the Clerk of the United States District Court for the Southern District of Florida. The federal court has jurisdiction over this matter in accordance with 28 U.S.C. §§ 1331 and 1441. A copy of the Notice is attached hereto as **Exhibit 1**. In accordance with Title 28 of the United States Code, no further proceedings should be held in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida.

Dated: January 27, 2020

                            Respectfully submitted,

                            */s/ Beth S. Joseph*
                            Beth S. Joseph
                            Florida Bar No. 62952
                            Sarah Jayne Cohen
                            Florida Bar No. 1010683
                            Morgan, Lewis & Bockius LLP
                            200 S. Biscayne Blvd., Ste. 5300
                            Miami, Florida 33131
                            beth.joseph@morganlewis.com
                            sarah.cohen@morganlewis.com

                            *Counsel for Homeaway.com, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 27, 2020, the foregoing was filed using the Florida

Courts E-Portal which will serve a copy by email pursuant to Fla. R. Jud. Admin. 2.516 on:

| | |
|---|---|
| Max S. Soren, Esquire<br>Dinin Law Group, P.A.<br>4200 NW 7th Avenue<br>Miami, FL  33127<br>inbox@dininlawgroup.com<br><br>*Counsel for Plaintiff* | |

/s/ *Beth S. Joseph*
Beth S. Joseph

# EXHIBIT "1"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

MICHAEL PHELPS

      Plaintiff,

v.

HOMEAWAY.COM, INC. and VIAC & CO.
INC. d/b/a VIAC LUXURY REAL ESTATE

      Defendants.
_____/

**NOTICE AND PETITION FOR REMOVAL**

      Defendant, HOMEAWAY.COM, INC. ("Defendant"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby files this Notice of Removal (the "Notice"). Defendant respectfully requests that the Court remove this action filed by Plaintiff, MICHAEL PHELPS ("Plaintiff"), from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida. The removal of this action is based upon the following:

      1.      On or about December 16, 2019, Plaintiff filed his Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, captioned *Michael Phelps v. Homeaway.com, Inc. and Viac & Co. Inc. d/b/a Viac Luxury Real Estate* (the "Circuit Court case"). The Circuit Court case was assigned Case No. 2019-036514-CA-01. In the Complaint, Plaintiff alleges that both defendants violated the 42 U.S.C. § 3604, and Plaintiff seeks relief pursuant to 42 U.S.C. § 3613. *See* Compl.

1

2.      Because Plaintiff asserts claims under the Federal Fair Housing Act, this action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331.  Thus, this action is removable pursuant to 28 U.S.C. § 1441(a).

3.      Plaintiff effectuated service of process on Defendant on December 26, 2019. Therefore, this Notice has been filed within thirty days after service upon Defendant of the pleading setting forth the claims for relief upon which this removal is based, as required by 28 U.S.C. § 1446(b).  *See* Exhibit 1.

4.      A removal is not proper unless "all defendants who have been properly joined and served . . . consent to the removal of the action."  28 U.S.C. §1446(b)(2)(A).  To date, Defendant Viac & Co. Inc. d/b/a Viac Luxury Real Estate has not been served in the Circuit Court case.

5.      As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and order served upon the parties are attached to this Notice at Exhibit 1.

6.      Pursuant to 28 U.S.C. § 1446(d), Defendant will provide prompt written notice of the removal to all adverse parties in this action and will file a copy of this Notice with the Circuit Court in and for Miami-Dade County, Florida.

7.      The United States District Court for the Southern District of Florida includes the judicial county in which Plaintiff filed his Complaint. Thus, removal is proper to this Court.

WHEREFORE, Defendant respectfully request that the United States District Court for the Southern District of Florida accept the removal of this action from the Circuit Court and direct that the Circuit Court in and for Miami-Dade County, Florida has no further jurisdiction of this matter unless and until this case is remanded.

Dated:  January 27, 2020

Respectfully submitted,

*/s/ Beth S. Joseph*
Beth S. Joseph
Florida Bar No. 62952
Sarah Jayne Cohen
Florida Bar No. 1010683
Morgan, Lewis & Bockius LLP
200 S. Biscayne Blvd., Ste. 5300
Miami, Florida 33131
beth.joseph@morganlewis.com
sarah.cohen@morganlewis.com
*Counsel for Homeaway.com, Inc.*