## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:20-CV-20338-JEM

Plaintiff:
**MICHAEL PHELPS,**

vs.

Defendant:
**HOMEAWAY.COM, INC. AND VIAC & CO. INC., D/B/A VIAC LUXURY REAL ESTATE,**

For:
Max G. Soren, Esq.
DININ LAW GROUP, P.A.
4200 NW 7th Avenue
Miami, FL 33127

FIS2020002475

Received by Professional Process Servers on the 21st day of February, 2020 at 9:00 am to be served on **VIAC & CO. INC., D/B/A VIAC LUXURY REAL ESTATE C/O MCR PARTNERS, INC., REGISTERED AGENT, 20533 BISCAYNE BLVD., (1301), MIAMI, FL 33180**.

I, Alfredo C. de Andrade, being duly sworn, depose and say that on the **24th day of February, 2020** at **6:20 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and NOTICE AND PETITION FOR REMOVAL WITH EXHIBIT** to: **KEN GIL, UPS STORE CLERK**, a person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **20533 BISCAYNE BLVD., (1301), MIAMI, FL 33180**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location, in compliance with State Statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: WHITE, Height: 5'6, Weight: 195, Hair: SALT & PEPPER, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, appointed by the Chief Judge, in good standing, in the Eleventh Judicial Circuit of Florida, in which the process was served. Signed in the State of Florida. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true." FS 92.525. Notary not required.

Subscribed and Sworn to before me on the 25th day of February, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

CONCHITA NUNEZ
Commission # GG 214086
Expires May 4, 2022
Bonded Thru Budget Notary Services

Alfredo C. de Andrade
CPS#1747

**Professional Process Servers & Investigators, Inc.**
1749 N.E. 26th Street, Suite A
Wilton Manors, FL 33305
(954) 566-2523

Our Job Serial Number: FIS-2020002475

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

**OBTAIN DESCRIPTION**

MICHAEL PHELPS,

    *Plaintiff,*

v.

HOMEAWAY.COM, INC. and VIAC & CO.
INC., d/b/a VIAC LUXURY REAL ESTATE,

    *Defendants.*

Civil Action No. 1:20-cv-20338-JEM

UPS STORE CLERK

SERVED: KEN GIL
DATE: 2-24-2020 TIME: 6:20 P
BY: A. ANDRADE

IS CERTIFIED PROCESS SERVER IN
GOOD STANDING IN THE CIRCUIT AND
COUNTY COURTS IN AND FOR
MIAMI-DADE COUNTY CPS # 1717

M; WH; No GL; SO; SIG;
19S; S|P

### SUMMONS IN A CIVIL ACTION

To:    VIAC & CO. INC., d/b/a VIAC LUXURY REAL ESTATE
        c/o MCR Partners, Inc., Registered Agent
        20533 Biscayne Blvd (1301)
        Miami, Florida 33180

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Max G. Soren, Esq.
        Dinin Law Group, P.A.
        4200 NW 7th Avenue
        Miami, Florida 33127
        Telephone: (786) 431-1333
        E-mail: inbox@dininlawgroup.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: FEB 20 2020

**Angela E. Noble**
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

A      2475