## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:20-CV-20338-JEM

Plaintiff:
**MICHAEL PHELPS,**

vs.

Defendant:
**HOMEAWAY.COM, INC. AND VIAC & CO. INC., D/B/A VIAC LUXURY REAL ESTATE,**

For:
Max G. Soren, Esq.
DININ LAW GROUP, P.A.
4200 NW 7th Avenue
Miami, FL 33127

FIS2020002470

Received by Professional Process Servers on the 21st day of February, 2020 at 9:00 am to be served on **VIAC & CO. INC., D/B/A VIAC LUXURY REAL ESTATE C/O JOHANNA VIAC, DPS, 1604 WASHINGTON AVE., MIAMI BEACH, FL 33139**.

I, Alfredo de Andrade, being duly sworn, depose and say that on the **28th day of February, 2020** at **12:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and NOTICE AND PETITION FOR REMOVAL WITH EXHIBIT** with the date and hour of service endorsed thereon by me, to: **NICOLAS LOPEZ** as **REAL ESTATE AGENT** for **VIAC & CO. INC., D/B/A VIAC LUXURY REAL ESTATE** at the address of: **1604 WASHINGTON AVE., MIAMI BEACH, FL 33139**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
ATTEMPTED ON 02/24/20 @ 4:00 PM AT THE GIVEN ADDRESS: 1604 WASHINGTON AVE., MIAMI BEACH, FL 33139 - ALBERTO/MARKETING ASSOCIATE/REALTOR ADVISED JOHANNA WAS IN PARIS, AND HE WAS NOT SURE WHEN SHE WOULD BE RETURNING. SERVED ON 02/28/20 @ 12:00 PM TO NICOLAS LOPEZ/REAL ESTATE AGENT, AS ALBERTO WAS NOT THERE.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: WHITE, Height: 5'5, Weight: 160, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, appointed by the Chief Judge, in good standing, in the Eleventh Judicial Circuit of Florida, in which the process was served. Signed in the State of Florida. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true." FS 92.525. Notary not required.

Subscribed and Sworn to before me on the 2nd day of March, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

CONCHITA NUNEZ
Commission # GG 214086
Expires May 4, 2022
Bonded Thru Budget Notary Services

Alfredo de Andrade
CPS#1747

**Professional Process Servers
& Investigators, Inc.**
1749 N.E. 26th Street, Suite A
Wilton Manors, FL 33305
(954) 566-2523

Our Job Serial Number: FIS-2020002470

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

**OBTAIN DESCRIPTION**

MICHAEL PHELPS,

    *Plaintiff,*

v.

HOMEAWAY.COM, INC. and VIAC & CO. INC., d/b/a VIAC LUXURY REAL ESTATE,

    *Defendants.*

Civil Action No. 1:20-cv-20338-JEM

REAL ESTATE AGENT
SERVED: NICOLAS LOPEZ
DATE: 2-28-2020  TIME: 12:00 P M
BY: A. ANDRADE

IS CERTIFIED PROCESS SERVER IN GOOD STANDING IN THE CIRCUIT AND COUNTY COURTS IN AND FOR DADE

M, WH, NO GL; 30; 5'5"
160; BLK H.

### SUMMONS IN A CIVIL ACTION

To:    VIAC & CO. INC., d/b/a VIAC LUXURY REAL ESTATE
    c/o Johanna Viac, DPS
    1604 Washington Ave
    Miami Beach, Florida 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Max G. Soren, Esq.
    Dinin Law Group, P.A.
    4200 NW 7th Avenue
    Miami, Florida 33127
    Telephone: (786) 431-1333
    E-mail: inbox@dininlawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: FEB 20 2020

Angela E. Noble
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

2470